UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILIP EUGENE VINEYARD, JR., | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-3472 |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | | |

## MEMORANDUM, RECOMMENDATION, AND ORDER

Pending before the Court[1] is Frank Bisignano's (the "Commissioner")[2] Notice That Stay May Be Lifted (ECF No. 11) and Unopposed Motion to Reverse with Remand and Enter Judgment. (ECF No. 12). Having reviewed the notice (ECF No. 11), the Court **ORDERS** that the stay in this case be vacated (ECF No. 10). The Court further **RECOMMENDS** that Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment be **GRANTED**. (ECF No. 12).

---

[1] The case was transferred from the United States District Judge to the undersigned to conduct all further proceedings. (*See* ECF No. 4).

[2] Frank Bisignano was sworn in as the Commissioner of Social Security on May 15, 2025. Bisignano is "automatically substituted" as the defendant in this suit. FED. R. CIV. P. 25(d); *see also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

## I. Notice to Lift Stay

On October 1, 2025, the Commissioner moved for a stay in light of the United States Government Cessation which started at the end of September 30, 2025, and requested a stay until Congress restored appropriations to the Department of Justice and Social Security Administration ("SSA"). (ECF No. 9). On October 2, 2025, the Court ordered that the motion be granted. (ECF No. 10).

Since then, the Government Cessation and lapse in appropriations has ended. (ECF No. 11 at 1). The Commissioner therefore provides notice that the Stay Order may be lifted. (*Id.*). Based on the foregoing, the Court is of the opinion that the stay be lifted.

## II. Motion to Remand

Defendant requests the Court enter judgment remanding the matter for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 12 at 1). Having reviewed the unopposed motion to remand, the Court recommends that the motion be granted.

Upon remand, the Appeals Council will direct the Administrative Law Judge to clarify whether an expedited reinstatement request and/or a purported July 2021 application is at issue; as appropriate, remove reference to a March 2022 Title XVI application; further consider the opinion evidence

and prior administrative medical findings; further consider the claimant's symptoms; obtain vocational expert testimony; offer the claimant a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Accordingly, the Court **ORDERS** that the stay in this case be vacated (ECF No. 10). The Court **RECOMMENDS** Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment (ECF No. 12) be **GRANTED**. The Court further **RECOMMENDS** the case be remanded to the Commissioner for further administrative proceedings.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on November 18, 2025.

_____
Richard W. Bennett
United States Magistrate Judge