United States District Court
Southern District of Texas

**ENTERED**

December 16, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILIP EUGENE VINEYARD, JR. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-3472 |
| | § | |
| COMMISSIONER of the | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding the Unopposed Motion to Reverse with Remand and Enter Judgment (Doc. No. 12), and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 13). No party filed objections to the Memorandum and Recommendation and the time for doing so has passed.

The Court has carefully reviewed the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 13) is **ADOPTED** and Unopposed Motion to Reverse with Remand and Enter Judgment (Doc. No. 12) is **GRANTED**. It is further

**ORDERED** that this case is **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings.

SIGNED on this ___16___ day of December 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE